UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC RODNEY HILL,

                Petitioner,

      -against-

WARDEN E. RICKARD,

                Respondent.

25-CV-5706 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, who is currently incarcerated at FCI Otisville, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging the constitutionality of his 2022 conviction in the District of Columbia Superior Court. Because Petitioner was convicted and sentenced in the District of Columbia, the Court transfers this action to the United States District Court for the District of Columbia.[1]

The Court directs the Clerk of Court to transfer this action to the United States District Court for the District of Columbia. Whether Petitioner may be permitted to proceed further without payment of fees is a determination to be made by the transferee court.[2] This order closes this case in this court.

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

---

[1] Petitioner previously filed two petitions for a writ of habeas under 28 U.S.C. § 2254 also challenging the constitutionality of his 2022 conviction in the District of Columbia Superior Court. The Court also transferred both of those petitions to the United States District Court for the District of Columbia. *See Hill v. Jamison*, ECF 1:24-CV-0073, 3 (S.D.N.Y. Jan. 9, 2024); *Hill v. Jamison*, ECF 1:23-CV-11003, 3 (S.D.N.Y. Dec. 22, 2023).

[2] Petitioner did not pay the $5.00 fee or file an application for leave to proceed *in forma pauperis*.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 7, 2025
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge